1  DAVID E. MASTAGNI, ESQ. (SBN 204244)
   davidm@mastagni.com
2  CHERYL CARLSON, ESQ. (SBN 118102)
   ccarlson@mastagni.com
3  TASHAYLA D. BILLINGTON, ESQ. (SBN 307050)
   tbillington@mastagni.com
4  **MASTAGNI HOLSTEDT**
   *A Professional Corporation*
5  1912 I Street
   Sacramento, California 95811-3151
6  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
7  Attorneys for Plaintiffs

8  MOLLIE M. BURKS, ESQ. (SBN: 222112)
   mburks@grsm.com
9  SAT SANG S. KHALSA, ESQ. (SBN: 256130)
   skhalsa@grsm.com
10 **GORDON REES SCULLY MANSUKHANI, LLP**
   275 Battery Street, Suite 2000
11 San Francisco, California 94111
   Telephone: (510) 463-8668
12 Facsimile: (415) 986-8054
   Attorneys for Defendants
13 THE BOARD OF TRUSTEES OF THE
   LELAND STANFORD JUNIOR UNIVERSITY
14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17 | JEFFREY TAYLOR, CRYSTAL TOWNLEY and SEAN ZIRKLE, on behalf of themselves and all similarly situated individuals, | ) Case No.: 4:18-cv-05248-JSW |
|---|---|
| Plaintiffs, | ) [CLASS ACTION & COLLECTIVE ACTION] |
| vs. | ) [~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER (1) GRANTING PRELIMINARY APPROVAL OF PROPOSED CLASS AND COLLECTIVE ACTION SETTLEMENT; (2) PROVISIONALLY CERTIFYING SETTLEMENT CLASSES AND COLLECTIVE ACTION; (3) DIRECTING DISSEMINATION OF NOTICE AND NOTICE PACKET; (4) APPOINTMENT OF COLLECTIVE AND CLASS COUNSEL AND (5) SETTING SCHEDULE FOR FINAL APPROVAL PROCESS;** AS MODIFIED |
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, DOES 1-100 inclusive, | |
| Defendants. | |

1   The Court has carefully reviewed the Settlement Agreement, the Stipulation for Approval
2   of Settlement and the Proposed Order, together with relevant Exhibits. Based upon a review of
3   the record, the representations of the parties, and good cause appearing. *including the revised notice of proposed class action settlement submitted on August 11, 2021.*
4   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:
5   1.  The Settlement Agreement is approved as fair, reasonable and just in all respects
6   as to the Plaintiffs, and the parties should perform all the terms and conditions of the Settlement
7   Agreement.
8   2.  The proposed Notice Packet is approved and the Notice Packet shall be mailed via
9   U.S. First Class mail to Class Members in accordance with the provisions in the Settlement
10  Agreement consisting of the (1) *Revised* Notice of Proposed Class Action Settlement hereto attached as
11  Exhibit B, the Share Form hereto attached as Exhibit C, the Challenge Form hereto attached as
12  Exhibit D, and the Exclusion Form hereto attached as Exhibit E, to the current or last known
13  address of each California Class member;
14  3.  The California Class and Investigator Subclass is conditionally certified;
15  4.  The Collective Action Class is conditionally certified;
16  5.  Class Representatives Jeffrey Taylor, Crystal Townley, and Sean Zirkle are
17  adequate representatives of class members;
18  6.  The PAGA payments set forth in the Settlement Agreement are preliminarily
19  approved;
20  7.  The Enhancement Award to Plaintiffs as Class Representative as set forth in the
21  Settlement Agreement are preliminarily approved.
22  8.  Mastagni Holstedt, A.P.C. has experience in prosecuting wage and hour class and
23  collective actions and are appointed as Class Counsel;
24  9.  In the event more than five (5) of the Class Members opt-out of the settlement,
25  Stanford may, at is option, void the Settlement Agreement;
26  10. ILYM Group, Inc. is appointed to administer the notice and claims process
27  pursuant to the terms of the Settlement Agreement and this Order;
28

11. The notice, objection, opt-out, opt-in and claims deadlines proposed by the parties in Plaintiffs Motion for Preliminary Approval are fair, adequate, and shall be followed;

12. Based on the papers submitted by the Parties in support of this motion, the Court adopts the following schedule of relevant dates and deadlines:

| | |
|---|---|
| 30 calendar days after Preliminary Approval Date | Deadline for Stanford to provide Class List to Settlement Administrator |
| 15 calendar days after receipt of Class List | Deadline for Settlement Administrator to conduct trace/search efforts |
| 20 calendar days after receipt of Class List | Deadline for Settlement Administrator's initial mailing of Class Notice |
| 45 calendar days after the date of mailing of the Class Notice | Deadline to Challenge Weeks Worked information |
| 60 calendar days after the date of mailing of the Class Notice | Deadline for Requests for Exclusion, and submission of Objections to the Settlement |
| Final Approval hearing | ~~Approximately 115 days after Preliminary Approval order~~ January 7, 2022 at 9:00 a.m. |
| Settlement Effective Date | 30 calendar days after the Final Approval Date if no objections to the Settlement Agreement are timely filed |
| 30 calendar days after the Settlement Effective Date | Deadline for Stanford to pay the Total Settlement Amount to the Settlement Administrator |
| 30 calendar days of the Settlement Effective Date | Deadline for payments to Plaintiff's Counsel for litigation costs and expenses and awarded attorneys' fees, Enhancement Award to the Class Representative, and the payment to the LWDA |
| 45 calendar days of the Settlement Effective Date | Deadline for settlement checks to be mailed to Settlement Class Members |
| 90 calendar days after issuance of settlement checks | Uncashed checks are voided |

| 6 months after mailing of settlement checks | Uncashed checks shall be entirely distributed to the Department of Industrial Relations Labor Code section 96.7 Unpaid Wage Fund |
|---|---|

13. Class Counsel's attorney fees and expenses are reasonable as set forth in the Settlement Agreement;

14. The Plaintiffs' Counsel shall file a Motion for Approval of Attorneys' Fees and Costs;

15. The Court reserves jurisdiction over this action for the purpose of enforcing the terms of the Settlement Agreement;

16. The Court has made no findings or determination of liability;

17. This Stipulation and Order, including any Exhibits or other documents prepared in conjunction with this Stipulation and Order, shall not constitute evidence of, or any admission of, any violation of the law.

18. A hearing (the "Settlement Hearing") shall be held on Friday, January 7, 2022, at 9:00 a.m., before the Honorable Jeffrey S. White, United States District Judge for the Northern District of California, Oakland Division, in Courtroom 5, 2nd Floor at 1301 Clay Street, Oakland California 94612 to determine the fairness, reasonableness and adequacy of the proposed settlement and whether it should be finally approved, as well as a motion for Class Counsel for attorneys' fees, costs, and expenses.

The motion for final approval and the motion for attorneys' fees, costs, expenses, and enhancement awards shall be filed by no later than December 3, 2021.

Dated: __August 17__, 2021

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

The Court VACATES the preliminary approval hearing scheduled for August 27, 2021, at 9:00 a.m.