DAVID E. MASTAGNI, ESQ. (SBN 204244)
davidm@mastagni.com
TAYLOR DAVIES-MAHAFFEY, ESQ. (SBN 327673)
tdavies-mahaffey@mastagni.com
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 I Street
Sacramento, California 95811-3151
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
Attorneys for Plaintiffs

MOLLIE M. BURKS, ESQ. (SBN: 222112)
mburks@grsm.com
SAT SANG S. KHALSA, ESQ. (SBN: 256130)
skhalsa@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: (510) 463-8668
Facsimile: (415) 986-8054
Attorneys for Defendants
THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TAYLOR, CRYSTAL TOWNLEY and SEAN ZIRKLE, on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, DOES 1-100 inclusive,<br><br>Defendants. | Case No.: 4:18-cv-05248-JSW<br><br>[CLASS ACTION & COLLECTIVE ACTION]<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR ORDER GRANTING FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND COSTS, CLAIM ADMINISTRATION FEE, AND CLASS REPRESENTATIVE INCENTIVE AWARDS**<br><br>Date: March 18, 2022<br>Time: 9:00 a.m.<br>Courtroom: 5, 2nd Floor<br>Judge: Hon. Jeffrey S. White |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR COUNSEL:

NOTICE IS HEREBY GIVEN that on March 18, 2022 at 9:00 am, or as soon thereafter as the matter may be heard, in Courtroom 5, 2nd Floor of the Northern District of California, located at 1301 Clay Street, Oakland, California 94612, Plaintiffs will and hereby do move this Court for an order (1) granting final approval of the class and collective action settlement; (2) awarding attorneys' fees and costs, claims administration fee, and class representative awards.

This motion is based on: the accompanying Memorandum of Points and Authorities in Support of Motion for Final Approval of Class And Collective Action Settlement and Award of Attorneys' Fees and Costs, Claim Administration Fee, and Class Representative Incentive Awards, Declarations of David E. Mastagni, Esq. and Makenna Snow filed concurrently with Plaintiffs' Motion for Final Approval, all other records, pleadings and papers on file in this action; and on such other evidence or argument as may be presented to the Court at the hearing of this motion.

Respectfully Submitted,

Dated: February 11, 2022        **MASTAGNI HOLSTEDT, A.P.C.**

By:/s/ *Taylor Davies-Mahaffey*
DAVID E. MASTAGNI
TAYLOR DAVIES-MAHAFFEY
Attorneys for Plaintiffs